# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 19-cr-00232-BAS |
|---|---|
| Plaintiff, | **JUDGMENT AND ORDER GRANTING MOTION TO DISMISS INFORMATION WITHOUT PREJUDICE** |
| v. | |
| NEHEMIAS MARTINEZ-CARDOZA, | **[ECF No. 20]** |
| Defendant. | |

Presently before the Court is the Government's motion to dismiss the Information without prejudice "in the interests of justice." (ECF No. 20.) The Court **GRANTS** the request and **DISMISSES WITHOUT PREJUDICE** the Information.

**IT IS SO ORDERED.**

**DATED: January 31, 2019**

Hon. Cynthia Bashant
United States District Judge